404 A.2d 393

COMMONWEALTH of Pennsylvania

v.

**Thomas EPPS, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 21, 1979.

Decided July 6, 1979.

Bruce D. Foreman, Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

LARSEN, Justice.

In 1972, appellant Thomas Epps and his co-defendant, Tollie Watlington, were each convicted of murder in the first degree. Appellant did not file post-verdict motions or appeal his conviction.

In 1978, appellant filed a petition under the Post-Conviction Hearing Act (PCHA)[1] alleging that trial counsel was ineffective. A PCHA hearing was held and appellant was granted leave to file post-verdict motions nunc pro tunc. Appellant subsequently filed post-verdict motions and following argument, said motions were denied. This appeal follows wherein appellant raises the following three issues, all of which are without merit:

1) That there is insufficient evidence to support his conviction of murder in the first degree;

2) That the lower court erred in denying his motion for a new trial on the basis of after-discovered evidence; and

3) That his defense counsel was ineffective in failing to call Darnell Blackstone, Walter Wright, and Charles Ray as defense witnesses.

Judgment of sentence affirmed.

---

1. Act of January 25, 1966, P.L. (1965) 1580, § 1 et seq. 19 P.S. 1180–1 et seq. (Supp. 1978–79).